UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
WINDWARD BORA LLC,

                                        Plaintiff,

          -against-                                                  N.Y. RPAPL § 1320
                                                                                              NOTICE

MAMADU I. BARRIE A/K/A MAMADU BARRIE,

                                    Defendant(s).
-------------------------------------------------------------------X

**NOTICE**
**YOU ARE IN DANGER OF LOSING YOUR HOME**
**If you do not respond to this summons and complaint by serving a copy of the answer on the attorney for the mortgage company who filed this foreclosure proceeding against you and filing the answer with the court, a default judgment may be entered and you can lose your home.**
**Speak to an attorney or go to the court where your case is pending for further information on how to answer the summons and protect your property.**
**Sending a payment to your mortgage company will not stop this foreclosure action.**
**YOU MUST RESPOND BY SERVING A COPY OF THE ANSWER ON THE ATTORNEY FOR THE PLAINTIFF (MORTGAGE COMPANY) AND FILING THE ANSWER WITH THE COURT.**

Dated: December 30, 2019
       Syosset, New York

                                      The Margolin & Weinreb Law Group, LLP
                                      Attorneys for Plaintiff

                                      By:    /s/ Alan H. Weinreb
                                                  Alan H. Weinreb, Esq.
                                                   165 Eileen Way, Suite 101
                                                   Syosset, New York 11791
                                                   516-921-3838