From: **Alyssa Kapner** alyssa@nyfclaw.com
Subject: RE: Windward Bora v. Barrie
Date: April 29, 2020 at 11:39 AM
To: Daniel H. Richland drichland@rflegal.net
Cc: Alan Weinreb Alan@nyfclaw.com

FOR SETTLEMENT PURPOSES ONLY

Hi Daniel, please see attached Loan Summary and Payment Schedule, which shows UPB as of default date to be $66,504.00. The interest at 11.5% = $20.95/day x 2341 days (December 1, 2013 – interest calculated in arrears – through 4/28/2020) = $49,043.95
$66,504.00 + $49,043.95 = $115,547.95.
We did not include legal, late or other fees and costs in the $115,000.00 offered and rounded down to make a nice even number. In order to move this process forward, we are also not asking for financial documentation from your client to review before making the offer. We are trying to work with you and your client to make this as easy of a process as possible, including by waiving a good faith down payment which is almost never done in these cases. The monthly payment amount and interest are significantly lower than his original loan and after a year or so of regular payments, he can seek to refinance if that is something he desires.

I believe we have to file a joint report regarding status of settlement tomorrow. Let me know if you want to ask for either a settlement conference or another few weeks so we can try to finalize terms without involving the Court at this time, and I will draft a letter and send it over to you to review today.
Sincerely,

Alyssa Kapner, Esq.
Senior Associate

THE MARGOLIN & WEINREB LAW GROUP, LLP
Your New York Foreclosure, Bankruptcy, Loss Mitigation, Eviction, REO and Real Estate Attorneys

165 Eileen Way, Suite 101
Syosset, NY 11791
(516) 945-6055
F (516) 921-3824
alyssa@nyfclaw.com
www.nyfclaw.com

WE ARE A DEBT COLLECTOR AND ARE ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

CONFIDENTIALITY NOTICE: This e-mail message is subject to the Electronics Communications Privacy Act, 18 U.S.C. §§ 2510-2521, and the information contained in this e-mail is confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any review, re-transmission dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is strictly prohibited. If you have received this communication in error, please immediately notify me and delete the original message without making any copies.
ANY TRANSMITTAL SENT TO A CLIENT OF THE SENDER OR THE FIRM SHALL BE DEEMED AS PROTECTED

  

**From:** Daniel H. Richland <drichland@rflegal.net>
**Sent:** Wednesday, April 29, 2020 11:13 AM
**To:** Alyssa Kapner <alyssa@nyfclaw.com>
**Cc:** Alan Weinreb <Alan@nyfclaw.com>
**Subject:** RE: Windward Bora v. Barrie

Hi Alyssa,

In the Complaint, you asserted that $115,609.19 was due as of September 30, 2019. In the payoff, as of March 31, 2020, $114,962.32 was due. And now your settlement offer is $115,000.00, which is more than my client purportedly owed as of March 31, 2020. For me to evaluate this, I really need your payment history. Please provide the payment history for this loan.

Very truly yours,

Daniel H. Richland, Esq.
Richland & Falkowski, PLLC
5 Fairlawn Drive, Suite 204
Washingtonville, New York 10992
(O) 212-390-8872 x 402
(F) 212-390-8873
drichland@rflegal.net

Queens Office:
Richland & Falkowski, PLLC
35-37 36th Street, 2nd Floor
Astoria, New York 11106

Confidentiality Notice: This e-mail transmission, and any documents, files or previous e-mail messages attached thereto may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering such transmission to the intended recipient, you hereby are notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify the sender by reply email, or by telephoning the sender at the above number. Please destroy the original transmission and its attachments without reading or saving it in any manner. Thank you.

This Document is Not “Electronically Signed”: This email is an informal communication that is not meant to be legally binding upon the sender unless expressly noted to the contrary. Nothing in the accompanying communication is intended to qualify as an "Electronic Signature" within the meaning of 15 U.S.C. 7001(B)(2).

Fair Debt Collection Practices Act Notice: Pursuant to the Fair Debt Collection Practices Act, you are advised that this office may be attempting to collect a debt, and any information obtained may be used for that purpose.

Note: if this e-mail message contains a forwarded message or is a reply to a prior message, some or all of the contents of this message or any attachments may not have been produced by the Richland & Falkowski, PLLC. Although the Richland & Falkowski, PLLC attempts to sweep e-mail and attachments for viruses, it does not guarantee that either are virus-free and accepts no liability for any damage sustained as a result thereof. This firm accepts no responsibility for any loss or damage from the use of this message. This notice is automatically appended to each e-mail message leaving the Richland & Falkowski, PLLC.

alyssa@nyfclaw.com

FOR SETTLEMENT PURPOSES ONLY

Hello Daniel, hope all is well. The New UPB is based upon the total unpaid principal and interest, which is $115,547.95 as of today. For a modification, we are unable to reduce the UPB or waive any interest. As you may recall from our telephone conference with the Court, this amount is based upon rolling both the principal and interest to 6 years from the commencement of the action, which gives your client credit for payments of principal and interest up until that point, January 1, 2014. Although we cannot lower the amount owed, what we can do is lower the IR to make the monthly payments more affordable for your client. Our client has asked us to convey the following offer with lower interest rate and lower monthly payment. Please note that the original loan had an interest rate of 11.500% with a monthly payment of $688.25/month. Please also note that we are waiving a good faith down payment.

New UPB: $115,000.00
Interest Rate: 4.70%
Interest Only Monthly Payment: $450.42
Maturity: 5 years
Good Faith Down Payment: None

Please advise after you review with your client. Sincerely,

Alyssa Kapner, Esq.
Senior Associate

THE MARGOLIN & WEINREB LAW GROUP, LLP
Your New York Foreclosure, Bankruptcy, Loss Mitigation, Eviction, REO and Real Estate Attorneys

165 Eileen Way, Suite 101
Syosset, NY 11791
(516) 945-6055
F (516) 921-3824
alyssa@nyfclaw.com
www.nyfclaw.com

WE ARE A DEBT COLLECTOR AND ARE ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

CONFIDENTIALITY NOTICE: This e-mail message is subject to the Electronics Communications Privacy Act, 18 U.S.C. §§ 2510-2521, and the information contained in this e-mail is confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any review, re-transmission dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is strictly prohibited. If you have received this communication in error, please immediately notify me and delete the original message without making any copies.
ANY TRANSMITTAL SENT TO A CLIENT OF THE SENDER OR THE FIRM SHALL BE DEEMED AS PROTECTED

---

**From:** Daniel H. Richland <drichland@rflegal.net>
**Sent:** Tuesday, April 7, 2020 12:27 PM
**To:** Alyssa Kapner <alyssa@nyfclaw.com>
**Cc:** Alan Weinreb <Alan@nyfclaw.com>
**Subject:** RE: Windward Bora v. Barrie

FOR SETTLEMENT PURPOSES ONLY

I have spoken to my client and the below offer is essentially the status quo, except more beneficial for your client. I am not seeing a particular benefit to my client from this. My client might be interested in reinstatement of this loan upon the outstanding principal balance at a 4.25% interest rate, with a waiver by your client of all past due interest and other fees and charges.

How much did your client pay for this loan? Since the foreclosure action is one in equity, it seems apparent that your client should not be demanding or receiving a windfall, especially under the present circumstances.

Also, I understand your client attempted to contact my client directly. I would appreciate it if you can advise your client not to do that in the future.

Very truly yours,

Daniel H. Richland, Esq.
Richland & Falkowski, PLLC
5 Fairlawn Drive, Suite 204
Washingtonville, New York 10992
(O) 212-390-8872 x 402
(F) 212-390-8873
drichland@rflegal.net

Queens Office:
Richland & Falkowski, PLLC
35-37 36th Street, 2nd Floor
Astoria, New York 11106

Confidentiality Notice: This e-mail transmission, and any documents, files or previous e-mail messages attached thereto may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering such transmission to the intended recipient, you hereby are notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify the sender by reply email, or by telephoning the sender at the above number. Please destroy the original transmission and its attachments without reading or saving it in any manner. Thank you.

This Document is Not “Electronically Signed”: This email is an informal communication that is not meant to be legally binding upon the sender unless expressly noted to the contrary. Nothing in the accompanying communication is intended to qualify as an "Electronic Signature" within the meaning of 15 U.S.C. 7001(B)(2).

Fair Debt Collection Practices Act Notice: Pursuant to the Fair Debt Collection Practices Act, you are advised that this office may be attempting to collect a debt, and any information obtained may be used for that purpose.

Note: if this e-mail message contains a forwarded message or is a reply to a prior message, some or all of the contents of this message or any attachments may not have been produced by the Richland & Falkowski, PLLC. Although the Richland & Falkowski, PLLC attempts to sweep e-mail and attachments for viruses, it does not guarantee that either are virus-free and accepts no liability for any damage sustained as a result thereof. This firm accepts no responsibility for any loss or damage from the use of this message. This notice is automatically appended to each e-mail message leaving the Richland & Falkowski, PLLC.

alyssa@nyfclaw.com

Daniel, please see attached payoff good through today. As explained on the call with the Court yesterday, this figure gives your client credit as if he made all the P&I

payments to 1/1/2014. Please note that the IR per the Note is 11.500% and the monthly payments were $688.25.

Plaintiff would like to offer the following modification terms:

New UPB : $114,962.32
Interest Rate : 6.00%
Interest Only Monthly Payment : $574.80
Maturity : 5 years
Good Faith Down Payment: Waived

The first payment will be due on 6/1/2020. Additionally, Plaintiff will pay $1,500.00 cash to the borrower when the executed agreement is received.

Since you expressed that your client is current on the 1st mortgage, if he makes 6-12 timely payments on the modification, he should be able to refinance if he wishes. Please let me know after you review with him.
Sincerely,

Alyssa Kapner, Esq.
Senior Associate

THE MARGOLIN & WEINREB LAW GROUP, LLP
Your New York Foreclosure, Bankruptcy, Loss Mitigation, Eviction, REO and Real Estate Attorneys

165 Eileen Way, Suite 101
Syosset, NY 11791
(516) 945-6055
F (516) 921-3824
alyssa@nyfclaw.com
www.nyfclaw.com

WE ARE A DEBT COLLECTOR AND ARE ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

CONFIDENTIALITY NOTICE: This e-mail message is subject to the Electronics Communications Privacy Act, 18 U.S.C. §§ 2510-2521, and the information contained in this e-mail is confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any review, re-transmission dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is strictly prohibited. If you have received this communication in error, please immediately notify me and delete the original message without making any copies.
ANY TRANSMITTAL SENT TO A CLIENT OF THE SENDER OR THE FIRM SHALL BE DEEMED AS PROTECTED

**From:** Daniel H. Richland <drichland@rflegal.net>
**Sent:** Monday, March 30, 2020 11:30 AM
**To:** Alyssa Kapner <alyssa@nyfclaw.com>
**Cc:** Alan Weinreb <Alan@nyfclaw.com>
**Subject:** Re: Windward Bora v. Barrie

Please see attached, as requested

Please see attached, as requested.

Very truly yours,

Daniel H. Richland, Esq.
Richland & Falkowski, PLLC
5 Fairlawn Drive, Suite 204
Washingtonville, New York 10992
(O) 212-390-8872 x 402
(F) 212-390-8873
drichland@rflegal.net

Queens Office:
Richland & Falkowski, PLLC
35-37 36th Street, 2nd Floor
Astoria, New York 11106

Confidentiality Notice: This e-mail transmission, and any documents, files or previous e-mail messages attached thereto may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering such transmission to the intended recipient, you hereby are notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify the sender by reply email, or by telephoning the sender at the above number. Please destroy the original transmission and its attachments without reading or saving it in any manner. Thank you.

This Document is Not “Electronically Signed”: This email is an informal communication that is not meant to be legally binding upon the sender unless expressly noted to the contrary. Nothing in the accompanying communication is intended to qualify as an "Electronic Signature" within the meaning of 15 U.S.C. 7001(B)(2).

Fair Debt Collection Practices Act Notice: Pursuant to the Fair Debt Collection Practices Act, you are advised that this office may be attempting to collect a debt, and any information obtained may be used for that purpose.

Note: if this e-mail message contains a forwarded message or is a reply to a prior message, some or all of the contents of this message or any attachments may not have been produced by the Richland & Falkowski, PLLC. Although the Richland & Falkowski, PLLC attempts to sweep e-mail and attachments for viruses, it does not guarantee that either are virus-free and accepts no liability for any damage sustained as a result thereof. This firm accepts no responsibility for any loss or damage from the use of this message. This notice is automatically appended to each e-mail message leaving the Richland & Falkowski, PLLC.

alyssa@nyfclaw.com

Hi Daniel, for the Initial conference tomorrow, I have filled in what I could on the attached initial conference questionnaire. Please fill in for Defendant. If you can’t do it electronically, just send me back the info and I will type it in.
Thanks,

Alyssa Kapner, Esq.
Senior Associate

THE MARGOLIN & WEINREB LAW GROUP, LLP
Your New York Foreclosure, Bankruptcy, Loss Mitigation, Eviction, REO and Real Estate Attorneys

165 Eileen Way, Suite 101

Syosset, NY 11791
(516) 945-6055
F (516) 921-3824
alyssa@nyfclaw.com
www.nyfclaw.com

WE ARE A DEBT COLLECTOR AND ARE ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

CONFIDENTIALITY NOTICE: This e-mail message is subject to the Electronics Communications Privacy Act, 18 U.S.C. §§ 2510-2521, and the information contained in this e-mail is confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any review, re-transmission  dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is strictly prohibited. If you have received this communication in error, please immediately notify me and delete the original message without making any copies.
ANY TRANSMITTAL SENT TO A CLIENT OF THE SENDER OR THE FIRM SHALL BE DEEMED AS PROTECTED







Loan Summary
and Pa...ule.pdf

## *Loan Summary*

| | | | |
|---|---|---|---|
| Loan Amount: | $69,500.00 | Number of Payments: | 360 |
| Annual Interest Rate: | 11.5000% | Periodic Payment: | $688.25 |
| Loan Date: | 08/22/2006 | 1st Payment Due: | 10/01/2006 |
| Payment Frequency: | Monthly | Last Payment Due: | 09/01/2036 |
| Total Interest Due: | $178,499.29 | Total All Payments: | $247,999.29 |

## *Payment Schedule*

| #/Year | Date | Payment | Interest | Principal | Balance |
|---|---|---|---|---|---|
| Loan: | 08/22/2006 | 222.00 | 222.00 | 0.00 | 69,500.00 |
| 1:1 | 10/01/2006 | 688.25 | 666.04 | 22.21 | 69,477.79 |
| 2:1 | 11/01/2006 | 688.25 | 665.83 | 22.42 | 69,455.37 |
| 3:1 | 12/01/2006 | 688.25 | 665.61 | 22.64 | 69,432.73 |
| | *2006 Totals:* | *2,286.75* | *2,219.48* | *67.27* | |
| | *Running Totals:* | *2,286.75* | *2,219.48* | *67.27* | |
| 4:1 | 01/01/2007 | 688.25 | 665.40 | 22.85 | 69,409.88 |
| 5:1 | 02/01/2007 | 688.25 | 665.18 | 23.07 | 69,386.81 |
| 6:1 | 03/01/2007 | 688.25 | 664.96 | 23.29 | 69,363.52 |
| 7:1 | 04/01/2007 | 688.25 | 664.73 | 23.52 | 69,340.00 |
| 8:1 | 05/01/2007 | 688.25 | 664.51 | 23.74 | 69,316.26 |
| 9:1 | 06/01/2007 | 688.25 | 664.28 | 23.97 | 69,292.29 |
| 10:1 | 07/01/2007 | 688.25 | 664.05 | 24.20 | 69,268.09 |
| 11:1 | 08/01/2007 | 688.25 | 663.82 | 24.43 | 69,243.66 |
| 12:1 | 09/01/2007 | 688.25 | 663.59 | 24.66 | 69,219.00 |
| 13:2 | 10/01/2007 | 688.25 | 663.35 | 24.90 | 69,194.10 |
| 14:2 | 11/01/2007 | 688.25 | 663.11 | 25.14 | 69,168.96 |
| 15:2 | 12/01/2007 | 688.25 | 662.87 | 25.38 | 69,143.58 |
| | *2007 Totals:* | *8,259.00* | *7,969.85* | *289.15* | |
| | *Running Totals:* | *10,545.75* | *10,189.33* | *356.42* | |
| 16:2 | 01/01/2008 | 688.25 | 662.63 | 25.62 | 69,117.96 |
| 17:2 | 02/01/2008 | 688.25 | 662.38 | 25.87 | 69,092.09 |
| 18:2 | 03/01/2008 | 688.25 | 662.13 | 26.12 | 69,065.97 |
| 19:2 | 04/01/2008 | 688.25 | 661.88 | 26.37 | 69,039.60 |
| 20:2 | 05/01/2008 | 688.25 | 661.63 | 26.62 | 69,012.98 |
| 21:2 | 06/01/2008 | 688.25 | 661.37 | 26.88 | 68,986.10 |
| 22:2 | 07/01/2008 | 688.25 | 661.12 | 27.13 | 68,958.97 |
| 23:2 | 08/01/2008 | 688.25 | 660.86 | 27.39 | 68,931.58 |
| 24:2 | 09/01/2008 | 688.25 | 660.59 | 27.66 | 68,903.92 |
| 25:3 | 10/01/2008 | 688.25 | 660.33 | 27.92 | 68,876.00 |
| 26:3 | 11/01/2008 | 688.25 | 660.06 | 28.19 | 68,847.81 |
| 27:3 | 12/01/2008 | 688.25 | 659.79 | 28.46 | 68,819.35 |
| | *2008 Totals:* | *8,259.00* | *7,934.77* | *324.23* | |
| | *Running Totals:* | *18,804.75* | *18,124.10* | *680.65* | |
| 28:3 | 01/01/2009 | 688.25 | 659.52 | 28.73 | 68,790.62 |
| 29:3 | 02/01/2009 | 688.25 | 659.24 | 29.01 | 68,761.61 |
| 30:3 | 03/01/2009 | 688.25 | 658.97 | 29.28 | 68,732.33 |
| 31:3 | 04/01/2009 | 688.25 | 658.68 | 29.57 | 68,702.76 |
| 32:3 | 05/01/2009 | 688.25 | 658.40 | 29.85 | 68,672.91 |
| 33:3 | 06/01/2009 | 688.25 | 658.12 | 30.13 | 68,642.78 |
| 34:3 | 07/01/2009 | 688.25 | 657.83 | 30.42 | 68,612.36 |
| 35:3 | 08/01/2009 | 688.25 | 657.54 | 30.71 | 68,581.65 |
| 36:3 | 09/01/2009 | 688.25 | 657.24 | 31.01 | 68,550.64 |
| 37:4 | 10/01/2009 | 688.25 | 656.94 | 31.31 | 68,519.33 |
| 38:4 | 11/01/2009 | 688.25 | 656.64 | 31.61 | 68,487.72 |
| 39:4 | 12/01/2009 | 688.25 | 656.34 | 31.91 | 68,455.81 |
| | *2009 Totals:* | *8,259.00* | *7,895.46* | *363.54* | |
| | *Running Totals:* | *27,063.75* | *26,019.56* | | *1,044.19* |

***Payment Schedule***

| #/Year | Date | Payment | Interest | Principal | Balance |
|---|---|---|---|---|---|
| 40:4 | 01/01/2010 | 688.25 | 656.03 | 32.22 | 68,423.59 |
| 41:4 | 02/01/2010 | 688.25 | 655.73 | 32.52 | 68,391.07 |
| 42:4 | 03/01/2010 | 688.25 | 655.41 | 32.84 | 68,358.23 |
| 43:4 | 04/01/2010 | 688.25 | 655.10 | 33.15 | 68,325.08 |
| 44:4 | 05/01/2010 | 688.25 | 654.78 | 33.47 | 68,291.61 |
| 45:4 | 06/01/2010 | 688.25 | 654.46 | 33.79 | 68,257.82 |
| 46:4 | 07/01/2010 | 688.25 | 654.14 | 34.11 | 68,223.71 |
| 47:4 | 08/01/2010 | 688.25 | 653.81 | 34.44 | 68,189.27 |
| 48:4 | 09/01/2010 | 688.25 | 653.48 | 34.77 | 68,154.50 |
| 49:5 | 10/01/2010 | 688.25 | 653.15 | 35.10 | 68,119.40 |
| 50:5 | 11/01/2010 | 688.25 | 652.81 | 35.44 | 68,083.96 |
| 51:5 | 12/01/2010 | 688.25 | 652.47 | 35.78 | 68,048.18 |
| | ***2010 Totals:*** | ***8,259.00*** | ***7,851.37*** | ***407.63*** | |
| | ***Running Totals:*** | ***35,322.75*** | ***33,870.93*** | ***1,451.82*** | |
| 52:5 | 01/01/2011 | 688.25 | 652.13 | 36.12 | 68,012.06 |
| 53:5 | 02/01/2011 | 688.25 | 651.78 | 36.47 | 67,975.59 |
| 54:5 | 03/01/2011 | 688.25 | 651.43 | 36.82 | 67,938.77 |
| 55:5 | 04/01/2011 | 688.25 | 651.08 | 37.17 | 67,901.60 |
| 56:5 | 05/01/2011 | 688.25 | 650.72 | 37.53 | 67,864.07 |
| 57:5 | 06/01/2011 | 688.25 | 650.36 | 37.89 | 67,826.18 |
| 58:5 | 07/01/2011 | 688.25 | 650.00 | 38.25 | 67,787.93 |
| 59:5 | 08/01/2011 | 688.25 | 649.63 | 38.62 | 67,749.31 |
| 60:5 | 09/01/2011 | 688.25 | 649.26 | 38.99 | 67,710.32 |
| 61:6 | 10/01/2011 | 688.25 | 648.89 | 39.36 | 67,670.96 |
| 62:6 | 11/01/2011 | 688.25 | 648.51 | 39.74 | 67,631.22 |
| 63:6 | 12/01/2011 | 688.25 | 648.13 | 40.12 | 67,591.10 |
| | ***2011 Totals:*** | ***8,259.00*** | ***7,801.92*** | ***457.08*** | |
| | ***Running Totals:*** | ***43,581.75*** | ***41,672.85*** | ***1,908.90*** | |
| 64:6 | 01/01/2012 | 688.25 | 647.75 | 40.50 | 67,550.60 |
| 65:6 | 02/01/2012 | 688.25 | 647.36 | 40.89 | 67,509.71 |
| 66:6 | 03/01/2012 | 688.25 | 646.97 | 41.28 | 67,468.43 |
| 67:6 | 04/01/2012 | 688.25 | 646.57 | 41.68 | 67,426.75 |
| 68:6 | 05/01/2012 | 688.25 | 646.17 | 42.08 | 67,384.67 |
| 69:6 | 06/01/2012 | 688.25 | 645.77 | 42.48 | 67,342.19 |
| 70:6 | 07/01/2012 | 688.25 | 645.36 | 42.89 | 67,299.30 |
| 71:6 | 08/01/2012 | 688.25 | 644.95 | 43.30 | 67,256.00 |
| 72:6 | 09/01/2012 | 688.25 | 644.54 | 43.71 | 67,212.29 |
| 73:7 | 10/01/2012 | 688.25 | 644.12 | 44.13 | 67,168.16 |
| 74:7 | 11/01/2012 | 688.25 | 643.69 | 44.56 | 67,123.60 |
| 75:7 | 12/01/2012 | 688.25 | 643.27 | 44.98 | 67,078.62 |
| | ***2012 Totals:*** | ***8,259.00*** | ***7,746.52*** | ***512.48*** | |
| | ***Running Totals:*** | ***51,840.75*** | ***49,419.37*** | ***2,421.38*** | |
| 76:7 | 01/01/2013 | 688.25 | 642.84 | 45.41 | 67,033.21 |
| 77:7 | 02/01/2013 | 688.25 | 642.40 | 45.85 | 66,987.36 |
| 78:7 | 03/01/2013 | 688.25 | 641.96 | 46.29 | 66,941.07 |
| 79:7 | 04/01/2013 | 688.25 | 641.52 | 46.73 | 66,894.34 |
| 80:7 | 05/01/2013 | 688.25 | 641.07 | 47.18 | 66,847.16 |
| 81:7 | 06/01/2013 | 688.25 | 640.62 | 47.63 | 66,799.53 |
| 82:7 | 07/01/2013 | 688.25 | 640.16 | 48.09 | 66,751.44 |
| 83:7 | 08/01/2013 | 688.25 | 639.70 | 48.55 | 66,702.89 |
| 84:7 | 09/01/2013 | 688.25 | 639.24 | 49.01 | 66,653.88 |
| 85:8 | 10/01/2013 | 688.25 | 638.77 | 49.48 | 66,604.40 |
| 86:8 | 11/01/2013 | 688.25 | 638.29 | 49.96 | 66,554.44 |
| 87:8 | 12/01/2013 | 688.25 | 637.81 | 50.44 | 66,504.00 |
| | ***2013 Totals:*** | ***8,259.00*** | ***7,684.38*** | ***574.62*** | |
| | ***Running Totals:*** | ***60,099.75*** | ***57,103.75*** | ***2,996.00*** | |

From: **Alyssa Kapner** alyssa@nyfclaw.com
Subject: RE: Windward Bora v. Barrie
Date: April 29, 2020 at 11:57 AM
To: Daniel H. Richland drichland@rflegal.net
Cc: Alan Weinreb Alan@nyfclaw.com

That's correct. As I have previously explained, the default date was rolled to 1/1/2014, which is a date that is years later than the actual date that your client defaulted. This calculation gives him credit for payments made until that time. I'm confused as I thought we had already discussed this point.

Alyssa Kapner, Esq.
Senior Associate

THE MARGOLIN & WEINREB LAW GROUP, LLP
Your New York Foreclosure, Bankruptcy, Loss Mitigation, Eviction, REO and Real Estate Attorneys

165 Eileen Way, Suite 101
Syosset, NY 11791
(516) 945-6055
F (516) 921-3824
alyssa@nyfclaw.com
www.nyfclaw.com

WE ARE A DEBT COLLECTOR AND ARE ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

CONFIDENTIALITY NOTICE: This e-mail message is subject to the Electronics Communications Privacy Act, 18 U.S.C. §§ 2510-2521, and the information contained in this e-mail is confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any review, re-transmission dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is strictly prohibited. If you have received this communication in error, please immediately notify me and delete the original message without making any copies. ANY TRANSMITTAL SENT TO A CLIENT OF THE SENDER OR THE FIRM SHALL BE DEEMED AS PROTECTED

**From:** Daniel H. Richland <drichland@rflegal.net>
**Sent:** Wednesday, April 29, 2020 11:46 AM
**To:** Alyssa Kapner <alyssa@nyfclaw.com>
**Cc:** Alan Weinreb <Alan@nyfclaw.com>
**Subject:** RE: Windward Bora v. Barrie

According to the metadata on this PDF attachment, you generated it today via "www.financial-calculators.com" at 11:28 am.

Very truly yours,

Daniel H. Richland, Esq.
Richland & Falkowski, PLLC
5 Fairlawn Drive, Suite 204

5 Fairlawn Drive, Suite 204
Washingtonville, New York 10992
(O) 212-390-8872 x 402
(F) 212-390-8873
drichland@rflegal.net

Queens Office:
Richland & Falkowski, PLLC
35-37 36th Street, 2nd Floor
Astoria, New York 11106

Confidentiality Notice: This e-mail transmission, and any documents, files or previous e-mail messages attached thereto may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering such transmission to the intended recipient, you hereby are notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify the sender by reply email, or by telephoning the sender at the above number. Please destroy the original transmission and its attachments without reading or saving it in any manner. Thank you.

This Document is Not "Electronically Signed": This email is an informal communication that is not meant to be legally binding upon the sender unless expressly noted to the contrary. Nothing in the accompanying communication is intended to qualify as an "Electronic Signature" within the meaning of 15 U.S.C. 7001(B)(2).

Fair Debt Collection Practices Act Notice: Pursuant to the Fair Debt Collection Practices Act, you are advised that this office may be attempting to collect a debt, and any information obtained may be used for that purpose.

Note: if this e-mail message contains a forwarded message or is a reply to a prior message, some or all of the contents of this message or any attachments may not have been produced by the Richland & Falkowski, PLLC. Although the Richland & Falkowski, PLLC attempts to sweep e-mail and attachments for viruses, it does not guarantee that either are virus-free and accepts no liability for any damage sustained as a result thereof. This firm accepts no responsibility for any loss or damage from the use of this message. This notice is automatically appended to each e-mail message leaving the Richland & Falkowski, PLLC.

> alyssa@nyfclaw.com
>
> FOR SETTLEMENT PURPOSES ONLY
>
> Hi Daniel, please see attached Loan Summary and Payment Schedule, which shows UPB as of default date to be $66,504.00. The interest at 11.5% = $20.95/day x 2341 days (December 1, 2013 – interest calculated in arrears – through 4/28/2020) = $49,043.95
> $66,504.00 + $49,043.95 = $115,547.95.
> We did not include legal, late or other fees and costs in the $115,000.00 offered and rounded down to make a nice even number. In order to move this process forward, we are also not asking for financial documentation from your client to review before making the offer. We are trying to work with you and your client to make this as easy of a process as possible, including by waiving a good faith down payment which is almost never done in these cases. The monthly payment amount and interest are significantly lower than his original loan and after a year or so of regular payments, he can seek to refinance if that is something he desires.
>
> I believe we have to file a joint report regarding status of settlement tomorrow. Let me know if you want to ask for either a settlement conference or another few weeks so we can try to finalize terms without involving the Court at this time, and I will draft a letter and send it over to you to review today.
> Sincerely,
>
> Alyssa Kapner, Esq.
> Senior Associate
>
> THE MARGOLIN & WEINREB LAW GROUP, LLP

THE MARGOLIN & WEINREB LAW GROUP, LLP
Your New York Foreclosure, Bankruptcy, Loss Mitigation, Eviction, REO and Real Estate Attorneys

165 Eileen Way, Suite 101
Syosset, NY 11791
(516) 945-6055
F (516) 921-3824
alyssa@nyfclaw.com
www.nyfclaw.com

WE ARE A DEBT COLLECTOR AND ARE ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

CONFIDENTIALITY NOTICE: This e-mail message is subject to the Electronics Communications Privacy Act, 18 U.S.C. §§ 2510-2521, and the information contained in this e-mail is confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any review, re-transmission  dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is strictly prohibited. If you have received this communication in error, please immediately notify me and delete the original message without making any copies.
ANY TRANSMITTAL SENT TO A CLIENT OF THE SENDER OR THE FIRM SHALL BE DEEMED AS PROTECTED

  

---

**From:** Daniel H. Richland <drichland@rflegal.net>
**Sent:** Wednesday, April 29, 2020 11:13 AM
**To:** Alyssa Kapner <alyssa@nyfclaw.com>
**Cc:** Alan Weinreb <Alan@nyfclaw.com>
**Subject:** RE: Windward Bora v. Barrie

Hi Alyssa,

In the Complaint, you asserted that $115,609.19 was due as of September 30, 2019.  In the payoff, as of March 31, 2020, $114,962.32 was due.  And now your settlement offer is $115,000.00, which is more than my client purportedly owed as of March 31, 2020.  For me to evaluate this, I really need your payment history.  Please provide the payment history for this loan.

Very truly yours,

Daniel H. Richland, Esq.
Richland & Falkowski, PLLC
5 Fairlawn Drive, Suite 204
Washingtonville, New York 10992
(O) 212-390-8872 x 402
(F) 212-390-8873
drichland@rflegal.net

Queens Office:
Richland & Falkowski, PLLC
35-37 36th Street, 2nd Floor
Astoria, New York 11106

Confidentiality Notice:  This e-mail transmission, and any documents, files or previous e-mail messages attached thereto may contain confidential information that is legally privileged.  If you are

not the intended recipient, or a person responsible for delivering such transmission to the intended recipient, you hereby are notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify the sender by reply email, or by telephoning the sender at the above number. Please destroy the original transmission and its attachments without reading or saving it in any manner. Thank you.

This Document is Not “Electronically Signed”: This email is an informal communication that is not meant to be legally binding upon the sender unless expressly noted to the contrary. Nothing in the accompanying communication is intended to qualify as an "Electronic Signature" within the meaning of 15 U.S.C. 7001(B)(2).

Fair Debt Collection Practices Act Notice: Pursuant to the Fair Debt Collection Practices Act, you are advised that this office may be attempting to collect a debt, and any information obtained may be used for that purpose.

Note: if this e-mail message contains a forwarded message or is a reply to a prior message, some or all of the contents of this message or any attachments may not have been produced by the Richland & Falkowski, PLLC. Although the Richland & Falkowski, PLLC attempts to sweep e-mail and attachments for viruses, it does not guarantee that either are virus-free and accepts no liability for any damage sustained as a result thereof. This firm accepts no responsibility for any loss or damage from the use of this message. This notice is automatically appended to each e-mail message leaving the Richland & Falkowski, PLLC.

alyssa@nyfclaw.com

FOR SETTLEMENT PURPOSES ONLY

Hello Daniel, hope all is well. The New UPB is based upon the total unpaid principal and interest, which is $115,547.95 as of today. For a modification, we are unable to reduce the UPB or waive any interest. As you may recall from our telephone conference with the Court, this amount is based upon rolling both the principal and interest to 6 years from the commencement of the action, which gives your client credit for payments of principal and interest up until that point, January 1, 2014. Although we cannot lower the amount owed, what we can do is lower the IR to make the monthly payments more affordable for your client. Our client has asked us to convey the following offer with lower interest rate and lower monthly payment. Please note that the original loan had an interest rate of 11.500% with a monthly payment of $688.25/month. Please also note that we are waiving a good faith down payment.

New UPB: $115,000.00
Interest Rate: 4.70%
Interest Only Monthly Payment: $450.42
Maturity: 5 years
Good Faith Down Payment: None

Please advise after you review with your client. Sincerely,

Alyssa Kapner, Esq.
Senior Associate

THE MARGOLIN & WEINREB LAW GROUP, LLP
Your New York Foreclosure, Bankruptcy, Loss Mitigation, Eviction, REO and Real Estate Attorneys

165 Eileen Way, Suite 101
Syosset, NY 11791
(516) 945-6055

F (516) 921-3824
alyssa@nyfclaw.com
www.nyfclaw.com

WE ARE A DEBT COLLECTOR AND ARE ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

CONFIDENTIALITY NOTICE: This e-mail message is subject to the Electronics Communications Privacy Act, 18 U.S.C. §§ 2510-2521, and the information contained in this e-mail is confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any review, re-transmission dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is strictly prohibited. If you have received this communication in error, please immediately notify me and delete the original message without making any copies.
ANY TRANSMITTAL SENT TO A CLIENT OF THE SENDER OR THE FIRM SHALL BE DEEMED AS PROTECTED

---

**From:** Daniel H. Richland <drichland@rflegal.net>
**Sent:** Tuesday, April 7, 2020 12:27 PM
**To:** Alyssa Kapner <alyssa@nyfclaw.com>
**Cc:** Alan Weinreb <Alan@nyfclaw.com>
**Subject:** RE: Windward Bora v. Barrie

FOR SETTLEMENT PURPOSES ONLY

I have spoken to my client and the below offer is essentially the status quo, except more beneficial for your client. I am not seeing a particular benefit to my client from this. My client might be interested in reinstatement of this loan upon the outstanding principal balance at a 4.25% interest rate, with a waiver by your client of all past due interest and other fees and charges.

How much did your client pay for this loan? Since the foreclosure action is one in equity, it seems apparent that your client should not be demanding or receiving a windfall, especially under the present circumstances.

Also, I understand your client attempted to contact my client directly. I would appreciate it if you can advise your client not to do that in the future.

Very truly yours,

Daniel H. Richland, Esq.
Richland & Falkowski, PLLC
5 Fairlawn Drive, Suite 204
Washingtonville, New York 10992
(O) 212-390-8872 x 402
(F) 212-390-8873
drichland@rflegal.net

Queens Office:
Richland & Falkowski, PLLC
35-37 36th Street, 2nd Floor
Astoria, New York 11106

Confidentiality Notice: This e-mail transmission, and any documents, files or previous e-mail

Confidentiality Notice: This e-mail transmission, and any documents, files or previous e-mail messages attached thereto may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering such transmission to the intended recipient, you hereby are notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify the sender by reply email, or by telephoning the sender at the above number. Please destroy the original transmission and its attachments without reading or saving it in any manner. Thank you.

This Document is Not “Electronically Signed”: This email is an informal communication that is not meant to be legally binding upon the sender unless expressly noted to the contrary. Nothing in the accompanying communication is intended to qualify as an "Electronic Signature" within the meaning of 15 U.S.C. 7001(B)(2).

Fair Debt Collection Practices Act Notice: Pursuant to the Fair Debt Collection Practices Act, you are advised that this office may be attempting to collect a debt, and any information obtained may be used for that purpose.

Note: if this e-mail message contains a forwarded message or is a reply to a prior message, some or all of the contents of this message or any attachments may not have been produced by the Richland & Falkowski, PLLC. Although the Richland & Falkowski, PLLC attempts to sweep e-mail and attachments for viruses, it does not guarantee that either are virus-free and accepts no liability for any damage sustained as a result thereof. This firm accepts no responsibility for any loss or damage from the use of this message. This notice is automatically appended to each e-mail message leaving the Richland & Falkowski, PLLC.

alyssa@nyfclaw.com

Daniel, please see attached payoff good through today. As explained on the call with the Court yesterday, this figure gives your client credit as if he made all the P&I payments to 1/1/2014. Please note that the IR per the Note is 11.500% and the monthly payments were $688.25.

Plaintiff would like to offer the following modification terms:

New UPB : $114,962.32
Interest Rate : 6.00%
Interest Only Monthly Payment : $574.80
Maturity : 5 years
Good Faith Down Payment: Waived

The first payment will be due on 6/1/2020. Additionally, Plaintiff will pay $1,500.00 cash to the borrower when the executed agreement is received.

Since you expressed that your client is current on the 1st mortgage, if he makes 6-12 timely payments on the modification, he should be able to refinance if he wishes. Please let me know after you review with him.
Sincerely,

Alyssa Kapner, Esq.
Senior Associate

THE MARGOLIN & WEINREB LAW GROUP, LLP
Your New York Foreclosure, Bankruptcy, Loss Mitigation, Eviction, REO and Real Estate Attorneys

165 Eileen Way, Suite 101

Syosset, NY 11791
(516) 945-6055
F (516) 921-3824
alyssa@nyfclaw.com
www.nyfclaw.com

WE ARE A DEBT COLLECTOR AND ARE ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

CONFIDENTIALITY NOTICE: This e-mail message is subject to the Electronics Communications Privacy Act, 18 U.S.C. §§ 2510-2521, and the information contained in this e-mail is confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any review, re-transmission  dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is strictly prohibited. If you have received this communication in error, please immediately notify me and delete the original message without making any copies.
ANY TRANSMITTAL SENT TO A CLIENT OF THE SENDER OR THE FIRM SHALL BE DEEMED AS PROTECTED

  

**From:** Daniel H. Richland <drichland@rflegal.net>
**Sent:** Monday, March 30, 2020 11:30 AM
**To:** Alyssa Kapner <alyssa@nyfclaw.com>
**Cc:** Alan Weinreb <Alan@nyfclaw.com>
**Subject:** Re: Windward Bora v. Barrie

Please see attached, as requested.

Very truly yours,

Daniel H. Richland, Esq.
Richland & Falkowski, PLLC
5 Fairlawn Drive, Suite 204
Washingtonville, New York 10992
(O) 212-390-8872 x 402
(F) 212-390-8873
drichland@rflegal.net

Queens Office:
Richland & Falkowski, PLLC
35-37 36th Street, 2nd Floor
Astoria, New York 11106

Confidentiality Notice:  This e-mail transmission, and any documents, files or previous e-mail messages attached thereto may contain confidential information that is legally privileged.  If you are not the intended recipient, or a person responsible for delivering such transmission to the intended recipient, you hereby are notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED.  If you have received this transmission in error, please immediately notify the sender by reply email, or by telephoning the sender at the above number.  Please destroy the original transmission and its attachments without reading or saving it in any manner.  Thank you.

This Document is Not “Electronically Signed”: This email is an informal communication that is not meant to be legally binding upon the sender unless expressly noted to the contrary. Nothing in the accompanying communication is intended to qualify as an "Electronic Signature" within the meaning of 15 U.S.C. 7001(B)(2).

Fair Debt Collection Practices Act Notice: Pursuant to the Fair Debt Collection Practices Act, you are advised that this office may be attempting to collect a debt, and any information obtained may be used for that purpose.

Note: if this e-mail message contains a forwarded message or is a reply to a prior message, some or all of the contents of this message or any attachments may not have been produced by the Richland & Falkowski, PLLC. Although the Richland & Falkowski, PLLC attempts to sweep e-mail and attachments for viruses, it does not guarantee that either are virus-free and accepts no liability for any damage sustained as a result thereof. This firm accepts no responsibility for any loss or damage from the use of this message. This notice is automatically appended to each e-mail message leaving the Richland & Falkowski, PLLC.

On 3/30/2020 11:06:44 AM, Alyssa Kapner <alyssa@nyfclaw.com> wrote:

Hi Daniel, for the Initial conference tomorrow, I have filled in what I could on the attached initial conference questionnaire. Please fill in for Defendant. If you can’t do it electronically, just send me back the info and I will type it in. Thanks,

Alyssa Kapner, Esq.
Senior Associate

THE MARGOLIN & WEINREB LAW GROUP, LLP
Your New York Foreclosure, Bankruptcy, Loss Mitigation, Eviction, REO and Real Estate Attorneys

165 Eileen Way, Suite 101
Syosset, NY 11791
(516) 945-6055
F (516) 921-3824
alyssa@nyfclaw.com
www.nyfclaw.com

WE ARE A DEBT COLLECTOR AND ARE ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

CONFIDENTIALITY NOTICE: This e-mail message is subject to the Electronics Communications Privacy Act, 18 U.S.C. §§ 2510-2521, and the information contained in this e-mail is confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any review, re-transmission dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is strictly prohibited. If you have received this communication in error, please immediately notify me and delete the original message without making any copies.
ANY TRANSMITTAL SENT TO A CLIENT OF THE SENDER OR



THE FIRM SHALL BE DEEMED AS PROTECTED

AMERICAN LEGAL & FINANCIAL NETWORK LEGAL LEAGUE ONE HUNDRED MBa MORTGAGE BANKERS ASSOCIATION