W000099

