

Daniel Richland <drichland@rflegal.net>

# Re[4]: windward bora v. Barrie, et. al
1 message

**Daniel H. Richland** <drichland@rflegal.net>  Mon, Nov 30, 2020 at 12:28 PM
Reply-To: "Daniel H. Richland" <drichland@rflegal.net>
To: Peter Roh <proh@hasbanilight.com>, Danielle Light <dlight@hasbanilight.com>

So then make your present production and if you find those documents in the next 30 days, you can make a further supplemental document production.

Very truly yours,

Daniel H. Richland, Esq.

Richland & Falkowski, PLLC

5 Fairlawn Drive, Suite 204

Washingtonville, New York 10992

(O) 212-390-8872 x 402

(F) 212-390-8873

drichland@rflegal.net


Queens Office:

Richland & Falkowski, PLLC

35-37 36th Street, 2nd Floor

Astoria, New York 11106


Confidentiality Notice:  This e-mail transmission, and any documents, files or previous e-mail messages attached thereto may contain confidential information that is legally privileged.  If you are not the intended recipient, or a person responsible for delivering such transmission to the intended recipient, you hereby are notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED.  If you have received this transmission in error, please immediately notify the sender by reply email, or by telephoning the sender at the above number.  Please destroy the original transmission and its attachments without reading or saving it in any manner.  Thank you.

This Document is Not "Electronically Signed":  This email is an informal communication that is not meant to be legally binding upon the sender unless expressly noted to the contrary.  Nothing in the accompanying communication is intended to qualify as an "Electronic Signature" within the meaning of 15 U.S.C. 7001(B)(2).

Fair Debt Collection Practices Act Notice:  Pursuant to the Fair Debt Collection Practices Act, you are advised that this office may be attempting to collect a debt, and any information obtained may be used for that purpose.

Note:  if this e-mail message contains a forwarded message or is a reply to a prior message, some or all of the contents of this message or any attachments may not have been produced by the Richland & Falkowski, PLLC. Although the Richland & Falkowski, PLLC attempts to sweep e-mail and attachments for viruses, it does not guarantee that either are virus-free and accepts no liability for any damage sustained as a result thereof.  This firm accepts no

responsibility for any loss or damage from the use of this message. This notice is automatically appended to each e-mail message leaving the Richland & Falkowski, PLLC.

------ Original Message ------
From: "Peter Roh" <proh@hasbanilight.com>
To: "Danielle Light" <dlight@hasbanilight.com>; "Daniel H. Richland" <drichland@rflegal.net>
Sent: 11/30/2020 12:27:01 PM
Subject: RE: Re[2]: windward bora v. Barrie, et. al

> The lease agreement and we are double checking for any correspondence and transaction documents you requested.

---

**From:** Danielle Light <dlight@hasbanilight.com>
**Sent:** Monday, November 30, 2020 12:22 PM
**To:** Daniel H. Richland <drichland@rflegal.net>; Peter Roh <proh@hasbanilight.com>
**Subject:** RE: Re[2]: windward bora v. Barrie, et. al

The lease agreement for Yonel and a few other docs. Peter, can you advise?

Thank you,

Danielle P. Light, Esq.



450 Seventh Ave, Suite 1408

New York, NY 10123

(P) (212) 643-6677

(F) (347) 491-4048

www.hasbanilight.com

Admitted to practice in NY & NJ

PLEASE BE ADVISED THAT THIS FIRM IS A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

This message is intended for the above named person(s) only and is CONFIDENTIAL AND PROPRIETARY. If you are not the intended recipient of this e-mail and have received it in error, please immediately notify the sender by return email and then delete it from your mailbox. This message may be protected by the attorney-client privilege and/or work product doctrine.  Accessing, copying, disseminating or re-using any of the information contained in this e-mail by anyone other than the intended recipient is strictly prohibited. Finally, you should check this email and any attachments for the presence of viruses, as the sender accepts no liability for any damage caused by any virus transmitted by this email.  This communication was not intended or written to be used, and it cannot be used by any taxpayer, for the purpose of avoiding tax penalties.

**From:** Daniel H. Richland <drichland@rflegal.net>
**Sent:** Monday, November 30, 2020 12:21 PM
**To:** Danielle Light <dlight@hasbanilight.com>; Peter Roh <proh@hasbanilight.com>
**Subject:** Re[2]: windward bora v. Barrie, et. al

Depends on what you are missing.

Very truly yours,

Daniel H. Richland, Esq.
Richland & Falkowski, PLLC
5 Fairlawn Drive, Suite 204
Washingtonville, New York 10992
(O) 212-390-8872 x 402
(F) 212-390-8873
drichland@rflegal.net

Queens Office:
Richland & Falkowski, PLLC
35-37 36th Street, 2nd Floor
Astoria, New York 11106

Confidentiality Notice:  This e-mail transmission, and any documents, files or previous

e-mail messages attached thereto may contain confidential information that is legally privileged.  If you are not the intended recipient, or a person responsible for delivering such transmission to the intended recipient, you hereby are notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED.  If you have received this transmission in error, please immediately notify the sender by reply email, or by telephoning the sender at the above number.  Please destroy the original transmission and its attachments without reading or saving it in any manner.  Thank you.

This Document is Not "Electronically Signed":  This email is an informal communication that is not meant to be legally binding upon the sender unless expressly noted to the contrary.  Nothing in the accompanying communication is intended to qualify as an "Electronic Signature" within the meaning of 15 U.S.C. 7001(B)(2).

Fair Debt Collection Practices Act Notice:  Pursuant to the Fair Debt Collection Practices Act, you are advised that this office may be attempting to collect a debt, and any information obtained may be used for that purpose.

Note:  if this e-mail message contains a forwarded message or is a reply to a prior message, some or all of the contents of this message or any attachments may not have been produced by the Richland & Falkowski, PLLC.
Although the Richland & Falkowski, PLLC attempts to sweep e-mail and attachments for viruses, it does not guarantee that either are virus-free and accepts no liability for any damage sustained as a result thereof.  This firm accepts no responsibility for any loss or damage from the use of this message. This notice is automatically appended to each e-mail message leaving the Richland & Falkowski, PLLC.


------ Original Message ------

From: "Danielle Light" <dlight@hasbanilight.com>

To: "Daniel H. Richland" <drichland@rflegal.net>; "Peter Roh" <proh@hasbanilight.com>

Sent: 11/30/2020 12:20:19 PM

Subject: RE: windward bora v. Barrie, et. al

> Ok, so we can produce our responses and then get you the additional docs later?
>
> Thank you,
>
> Danielle P. Light, Esq.



450 Seventh Ave, Suite 1408

New York, NY 10123

(P) (212) 643-6677

(F) (347) 491-4048

www.hasbanilight.com

Admitted to practice in NY & NJ



PLEASE BE ADVISED THAT THIS FIRM IS A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

This message is intended for the above named person(s) only and is CONFIDENTIAL AND PROPRIETARY. If you are not the intended recipient of this e-mail and have received it in error, please immediately notify the sender by return email and then delete it from your mailbox. This message may be protected by the attorney-client privilege and/or work product doctrine.  Accessing, copying, disseminating or re-using any of the information contained in this e-mail by anyone other than the intended recipient is strictly prohibited. Finally, you should check this email and any attachments for the presence of viruses, as the sender accepts no liability for any damage caused by any virus transmitted by this email.  This communication was not intended or written to be used, and it cannot be used by any taxpayer, for the purpose of avoiding tax penalties.

---

**From:** Daniel H. Richland <drichland@rflegal.net>
**Sent:** Monday, November 30, 2020 12:19 PM
**To:** Peter Roh <proh@hasbanilight.com>
**Cc:** Danielle Light <dlight@hasbanilight.com>
**Subject:** Re: windward bora v. Barrie, et. al

Annexed hereto is my email with Danielle on 10/30.  I am expecting your supplemental responses today.  Once I receive your supplemental responses, then I

would be amenable to discussing what you still need time to produce.


Very truly yours,

Daniel H. Richland, Esq.
Richland & Falkowski, PLLC
5 Fairlawn Drive, Suite 204
Washingtonville, New York 10992
(O) 212-390-8872 x 402
(F) 212-390-8873
drichland@rflegal.net

Queens Office:
Richland & Falkowski, PLLC
35-37 36th Street, 2nd Floor
Astoria, New York 11106

Confidentiality Notice:  This e-mail transmission, and any documents, files or previous e-mail messages attached thereto may contain confidential information that is legally privileged.  If you are not the intended recipient, or a person responsible for delivering such transmission to the intended recipient, you hereby are notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED.  If you have received this transmission in error, please immediately notify the sender by reply email, or by telephoning the sender at the above number.  Please destroy the original transmission and its attachments without reading or saving it in any manner.  Thank you.

This Document is Not "Electronically Signed":  This email is an informal communication that is not meant to be legally binding upon the sender unless expressly noted to the contrary.  Nothing in the accompanying communication is intended to qualify as an "Electronic Signature" within the meaning of 15 U.S.C. 7001(B)(2).

Fair Debt Collection Practices Act Notice:  Pursuant to the Fair Debt Collection Practices Act, you are advised that this office may be attempting to collect a debt, and any information obtained may be used for that purpose.

Note:  if this e-mail message contains a forwarded message or is a reply to a prior message, some or all of the contents of this message or any attachments may not have been produced by the Richland & Falkowski, PLLC.
Although the Richland & Falkowski, PLLC attempts to sweep e-mail and attachments for viruses, it does not guarantee that either are virus-free and accepts no liability for any damage sustained as a result thereof.  This firm accepts no responsibility for any

loss or damage from the use of this message. This notice is automatically appended to each e-mail message leaving the Richland & Falkowski, PLLC.

------ Original Message ------

From: "Peter Roh" <proh@hasbanilight.com>

To: "drichland@rflegal.net" <drichland@rflegal.net>

Cc: "Danielle Light" <dlight@hasbanilight.com>

Sent: 11/30/2020 12:15:54 PM

Subject: windward bora v. Barrie, et. al

Counsel,

Our office represents the Plaintiff for the above referenced matter. We received your letter dated June 8, 2020 and are actively working on the supplemental discovery responses you requested. Due to the pandemic and the holiday weekend, we are missing a documents and request a 30-day extension in order to provide you with complete discovery. Please let me know if you want a stipulation memorializing all this.

Regards,

Peter Y. Roh, Esq.

450 Seventh Ave, Suite 1408

New York, NY 10123

(P) (212) 643-6677

(F) (347) 491-4048

Admitted to practice in NY & NJ

THIS FIRM IS A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

DISCLAIMER This message is intended for the above named person(s) only and is CONFIDENTIAL AND PROPRIETARY. If you are not the intended recipient of this e-mail and have received it in error, please immediately notify the sender by return email and then delete it from your mailbox. This message may be protected by the attorney client privilege and/or work product doctrine.  Accessing, copying, disseminating or re-using any of the information contained in this e-mail by anyone other than the intended recipient is strictly prohibited. Finally, you should check this email and any attachments for the presence of viruses, as the sender accepts no liability for any damage caused by any virus transmitted by this email.  This communication was not intended or written to be used, and it cannot be used by any taxpayer, for the purpose of avoiding tax penalties.



image003.jpg
5K