

Rafi Hasbani, Esq.

450 Seventh Ave, Suite 1408
New York, NY 10123
T. 212.643.6677
F. 347.491.4048
rhasbani@hasbanilight.com

September 22, 2022

**VIA CM/ECF**
Hon. Judge Eric R. Komitee
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      **RE:**    *Windward Bora LLC v. Barrie, Mamadu, et al.*
                Case No.: 1:19-cv-07272-EK-MMH

Dear Judge Komitee,

Pursuant to your Honor's order dated September 14, 2022, I have attached Yonel Devico's certificate of United States citizenship as **Exhibit A**.

I thank the Court for its time and consideration of this request.

                                                      Respectfully,

                                                      */s/ Rafi Hasbani*

cc:     **VIA CM/ECF**
         Richland & Falkowski, PLLC
         Daniel H. Richland, Esq.
         *Counsel for Defendant*
         5 Fairlawn Drive, Ste 204
         Washingtonville, New York 10092
         drichland@rflegal.net