# THE UNITED STATES OF AMERICA

## CERTIFICATE OF NATURALIZATION

No. ███

USCIS Registration No. ███

*Personal description of holder as of date of naturalization:*

Date of birth: ███
Sex: **MALE**
Height: **5** feet **09** inches
Marital status: **MARRIED**
Country of former nationality: **MOROCCO**

(Complete and true signature of holder)

*I certify that the description given is true, and that the photograph affixed hereto is a likeness of me.*

*Be it known that, pursuant to an application filed with the Secretary of Homeland Security*

at: **MIAMI, FLORIDA**

*The Secretary having found that:*

**YONEL DEVICO**

residing at: **MIAMI BEACH, FLORIDA**

*having complied in all respects with all of the applicable provisions of the naturalization laws of the United States, being entitled to be admitted as a citizen of the United States, and having taken the oath of allegiance at a ceremony conducted by*

**U.S. CITIZENSHIP AND IMMIGRATION SERVICES**

at: **MIAMI, FLORIDA** on: **JULY 20, 2022**

*such person is admitted as a citizen of the United States of America.*

U. S. Citizenship and Immigration Services





DEPARTMENT OF HOMELAND SECURITY

FORM N-550 (REV. 10/17)

ALTERATION OR MISUSE OF THIS DOCUMENT IS A FEDERAL OFFENSE AND PUNISHABLE BY LAW